# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00210 |
| | ) | Judge Trauger |
| PABLO OLEA-GONZALEZ | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that the government shall immediately furnish discovery to defense counsel.

The defendant's Motion to Extend Time For Filing Pretrial Motions (Docket No. 11) is **GRANTED**. Pretrial motions shall be filed by December 4, 2013.

It is so **ORDERED**.

ENTER this 21st day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge