UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED for extension to 12/10/13.
> *[signature]*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00210 |
| | ) | JUDGE TRAUGER |
| PABLO OLEA-GONZALEZ | ) | |

### MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Pablo Olea-Gonzalez moves to extend the time for filing pretrial motions until December 10, 2013. This matter currently is set for trial on December 17, 2013. Mr. Olea-Gonzalez is detained pending trial. Counsel anticipates seeking a continuance of the trial date to resolve this matter.

In support of this motion, the defendant would show the following: Defense counsel has now received discovery but will not be able to meet with Mr. Olea-Gonzalez and the investigator until December 10, 2013, to review the discovery and discuss potential pretrial motions. To protect Mr. Olea-Gonzalez's right to file pretrial motions, counsel requests that the deadline be extended until December 10, 2013. If this matter does go to trial, counsel anticipates seeking a continuance to have the time needed to prepare this matter properly.

Respectfully submitted,

   /s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Pablo Olea-Gonzalez