IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00210 |
| | ) | Judge Trauger |
| PABLO OLEA-GONZALEZ | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that this case is set for a change of plea hearing on Tuesday, February 25, 2014 at 11:00 a.m.

It is so **ORDERED**.

ENTER this 18th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge